IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VERNON ROBINSON,

    Plaintiff,

v().                                                CASE NO. 4:07-cv-00441-MP-WCS

FLORIDA PAROLE COMMISSION,
et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 20, Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed for failure to prosecute and for failure to obey an order of the Court. The Magistrate Judge filed the Report and Recommendation on Tuesday, March 4, 2008. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections have been filed.

By prior order, Defendant was directed to file a third amended complaint, and was directed to file a motion for leave to proceed *in forma pauperis*. Defendant was specifically warned that failure to obey this order would result in his case being dismissed. Because Defendant has failed to prosecute this case and failed to comply with the order, the Magistrate recommends that Defendant's case be dismissed. The Court agrees with the Magistrate. Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have determined that it should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This case is DISMISSED without prejudice for failure to prosecute and for failure to obey an order of the Court.

**DONE AND ORDERED** this   *2nd* day of April, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge